1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:12CR0283 LJO-SKO

12 |             Plaintiff, | STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER

13 |     v. |

14 | CHRISTOPHER NORBERTO GALLEGOS, |

15 |             Defendant. |

16
                            **STIPULATION**
17
       Plaintiff United States of America, by and through its counsel of record, and defendants, by
18
   and through their counsel of record, hereby stipulate as follows:
19
       1.      By previous order, the above-captioned matter was set for a status conference before
20
21 U.S. Magistrate Judge Sheila K. Oberto on Monday, March 4, 2013, at 1:00 p.m.

22     2.      By this stipulation, the parties now move to set the matter for a change of plea before

23 U.S. District Judge Lawrence J. O'Neill for March 4, 2013, at 8:30 a.m.

24 ////

25 ////

26 ////

27 ////

28 ////

1

IT IS SO STIPULATED.

DATED:        February 27, 2013.        Respectfully submitted,

                                                                          BENJAMIN B. WAGNER
                                                                          United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:        February 27, 2013.

/s/ W. Roger Litman
ROGER LITMAN
Counsel for Defendant
CHRISTOPHER NORBERTO GALLEGOS

**O R D E R**

IT IS SO ORDERED.

Dated:   **February 27, 2013**            **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE