1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, CHRISTOPHER GALLEGOS

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )     CASE NO.  1:12-CR-00299-LJO-SKO
9                                    )
          Plaintiff,                 )
10                                   )     **STIPULATION AND
      v.                             )     ORDER TO CONTINUE
11                                   )     STATUS HEARING**
   CHRISTOPHER GALLEGOS,            )
12                                   )
          Defendant.                 )
13  _____)

14        The parties hereto, by and through their respective attorneys, stipulate and

15  agree that the sentencing in this matter, currently calendared for June 3, 2013 at

16  8:30 a.m., be continued to June 17, 2013  at 8:30 a.m. before the Hon. Lawrence

17  J. O'Neill.

18        The continuance is necessitated by the need to interview Mr. Gallegos, who

19  is housed at the Lerdo facility, in order that he may receive the benefit of U.S.S.G.

20  § 5C1.2.  A "safety valve" interview has been scheduled for June 3, 2013, the

21  earliest date at which the appropriate authorities are available to meet with Mr.

22  Gallegos.

23        The continued sentencing date would result in the following revision of

24  deadlines related to the rescheduled sentencing hearing:

25        Objections Due to Probation & AUSA by May 27, 2013, and Objections Fiiled

26  With Court and Served on USPO and AUSA by June 10, 2013.

27        The parties also agree that any delay resulting from this continuance shall

28  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),

                                    1

1    3161(h)(8)(A) and 3161(h)(8)(B)(I).

2
     DATED:  May 15, 2013                    /s/ Karen Escobar
3                                            KAREN ESCOBAR
                                             Assistant United States Attorney
4                                            **This was agreed to by Ms. Escobar**
                                             **in person on May 13, 2013**
5

6    DATED:  May 15, 2013                    /s/ Roger K. Litman
7                                            ROGER K. LITMAN
                                             Attorney for Defendant
                                             CHRISTOPHER GALLEGOS
8
     IT IS SO ORDERED.
9
     **Dated:   May 15, 2013**               /s/  Lawrence J. O'Neill
10                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2