ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHRISTOPHER GALLEGOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-00299-LJO-SKO |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING** |
| CHRISTOPHER GALLEGOS, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing in this matter, currently calendared for June 17, 2013 at 8:30 a.m., be continued to July 8, 2013 at 8:30 a.m. before the Hon. Lawrence J. O'Neill.

The continuance is needed due to the passing of the mother of the assigned prosecutor.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  June 13, 2013             /s/ Karen Escobar
                                  KAREN ESCOBAR
                                  Assistant United States Attorney
                                  **This was agreed to by Kevin Rooney via email June 12, 2013**

1

1 | DATED: June 13, 2013          /s/ Roger K. Litman
2 |                               ROGER K. LITMAN
  |                               Attorney for Defendant
3 |                               CHRISTOPHER GALLEGOS

IT IS SO ORDERED.

**Dated:   June 13, 2013**          **/s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE